599 A.2d 158
IN THE MATTER OF ALAN H. MARLOWE,
AN ATTORNEY AT LAW.

December 12, 1991.

## ORDER

The Disciplinary Review Board having filed a report with the Court, recommending that ALAN H. MARLOWE of FORT LEE, who was admitted to the bar of this State, in 1971, be publicly reprimanded for violating *RPC* 3.3(a)(i) (submitting misrepresentations to a trial court), for violating *RPC* 8.1(b)

(failing to respond to a lawful demand for information from a disciplinary authority and for failing to file an answer), and for violating *RPC* 8.4(c) (making misrepresentations), and good cause appearing;

It is ORDERED that the report and recommendation of the Disciplinary Review Board are adopted, and ALAN H. MAR-LOWE is hereby publicly reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent shall reimburse the Ethics Financial Committee for appropriate administrative costs incurred in the prosecution of this matter.